Certificate Number: 17082-CT-DE-026399962

Bankruptcy Case Number: 15-21781



17082-CT-DE-026399962

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 20, 2015</u>, at <u>11:22</u> o'clock <u>AM MST</u>, <u>DAVID A STEBBINS</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Connecticut</u>.

Date:   <u>October 21, 2015</u>          By:     <u>/s/Orsolya K Lazar</u>

                                        Name:   <u>Orsolya K Lazar</u>

                                        Title:   <u>Executive Director</u>