```
                            United States Bankruptcy Court
                                 District of Connecticut
In re:                                                              Case No. 15-21781-amn
David A. Stebbins                                                   Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0205-2          User: admin              Page 1 of 1              Date Rcvd: Jan 20, 2016
                              Form ID: 318             Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2016.
db          David A. Stebbins,    12 W Center St,    Fl 1,    Southington, CT  06489-3507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
8486088        +EDI: CAPITALONE.COM Jan 20 2016 18:43:00      Capital One,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
8486090        +EDI: AMINFOFP.COM Jan 20 2016 18:43:00      First Premier Bank,    601 S. Minnesota Avenue,
                 Sioux Falls, SD 57104-4868
8486091         EDI: CBSKOHLS.COM Jan 20 2016 18:43:00      Kohls / Capital One,    P.O. Box 3115,
                 Milwaukee, WI  53201-3115
8486092        +EDI: MERRICKBANK.COM Jan 20 2016 18:43:00      Merrick Bank,
                 10705 S. Jordan Gateway, Suite 200,    South Jordan, UT 84095-3977
8486094        +EDI: RMSC.COM Jan 20 2016 18:43:00      SYNCB / Care Credit,    P.O. Box 965036,
                 Orlando, FL 32896-5036
8486095        +EDI: RMSC.COM Jan 20 2016 18:43:00      SYNCB / Lowes,    P.O. Box 965005,
                 Orlando, FL 32896-5005
8486093         EDI: SEARS.COM Jan 20 2016 18:43:00      Sears / CBNA,    P.O. Box 6282,
                 Sioux Falls, SD  57117-6282
8486096         EDI: RMSC.COM Jan 20 2016 18:43:00      Syncb / Wal-Mart,    P.O. Box 965024,
                 Orlando, FL  32896-5024
8486097        +EDI: WTRRNBANK.COM Jan 20 2016 18:43:00      TD Bank USA / Target Credit,
                 3701 Wayzata Boulevard, #MS6C,    Minneapolis, MN 55416-3401
8486089         EDI: USBANKARS.COM Jan 20 2016 18:43:00      Elan Financial Services,    P.O. Box 108,
                 Saint Louis, MO  63166
8486098        +EDI: BLUESTEM.COM Jan 20 2016 18:43:00      Webbank / Fingerhut,    6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8486087         Stebbins, David A.
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2016                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2016 at the address(es) listed below:
```
              Bonnie C. Mangan    Trusteemangan@yahoo.com, ct19@ecfcbis.com;sherry.kelsey@manganlaw.com
              Derek G. Poirier     on behalf of Debtor David A. Stebbins dpoirier@lawlordsofhartford.com
              U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV
                                                                                             TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **David A. Stebbins** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–1288** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Connecticut** | | |
| Case number:   **15–21781 amn** | | |

# Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

David A. Stebbins

1/20/16                                                             **By the court:**  Ann M. Nevins
                                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                             **Order of Discharge**                                                 page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**